JESSE LOBSENZ, PLAINTIFF-RESPONDENT, v. HENRY LIEBERFREUND ET AL., DEFENDANTS-APPELLANTS.

Submitted October term, 1931—Decided December 10, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the motion, *Meyer Lobsenz.*

Contra, *Samuel F. Slaff* and *Vincent J. Paterno.*

MEMORANDUM.

This is a motion to dismiss an appeal from a judgment entered at the Passaic County Circuit Court on December 1st, 1930.

Notice of appeal was filed December 15th, 1930, and the state of case was served in January, 1931. Nothing else appears to have been done toward the prosecution of and bringing on the appeal for argument.

The motion to dismiss is therefore granted, with costs.